# IN THE SUPREME COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | NO. 492 |
| | : | |
| ORDER AMENDING RULE 205 AND | : | CRIMINAL PROCEDURAL RULES |
| REVISING THE *COMMENT* TO RULE | : | |
| 209 OF THE PENNSYLVANIA RULES OF | : | DOCKET |
| CRIMINAL PROCEDURE | : | |
| | : | |

## ORDER

**PER CURIAM**

      **AND NOW**, this 31st day of July, 2017, upon the recommendation of the Criminal Procedural Rules Committee; the proposal having been published before adoption at 46 Pa.B. 4951 (August 13, 2016)*, and a *Final Report* to be published with this **ORDER:**

      **IT IS ORDERED** pursuant to Article V, Section 10 of the Constitution of Pennsylvania that the amendment to Pennsylvania Rule of Criminal Procedure 205 and the revision to the *Comment* to Pennsylvania Rule of Criminal Procedure 209 are adopted, in the attached form.

      This **ORDER** shall be processed in accordance with Pa.R.J.A. No. 103(b), and shall be effective October 1, 2017.

Additions to the rules are shown in bold and are underlined.
Deletions from the rules are shown in bold and brackets.